THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMERICAN GUARD SERVICES, INC., a California corporation,<br><br>        Plaintiff,<br>  v.<br><br>TERMINAL SECURITY SOLULTIONS, a California Corporation, *et al*.,<br><br>        Defendants. | CASE NO. C18-0603-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendant Terminal Security Solutions, Inc.'s time to respond to the complaint (Dkt. No. 10). The Court GRANTS the stipulated motion. Defendant must file a response by June 6, 2018.

DATED this 30th day of May 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk