UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN GUARD SERVICES, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>TERMINAL SECURITY SOLULTIONS, a California Corporation, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C18-0603-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' stipulated motion to extend Defendant Kaysse Moynihan's time to respond to the complaint (Dkt. No. 13). The Court GRANTS the stipulated motion. Defendant must file a response by June 13, 2018.

　　　DATED this 8th day of June 2018.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C18-0603-JCC
PAGE - 1