THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN GUARD SERVICES, INC., a California corporation,<br><br>                Plaintiff,<br>    v.<br><br>TERMINAL SECURITY SOLUTIONS, INC. a California Corporation, *et al.*,<br><br>                Defendants. | CASE NO. C18-0603-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal of all claims and counterclaims against Defendant Kaysee Moynihan (Dkt. No. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and Defendant Kaysee Moynihan is DISMISSED without prejudice and without an award of costs or attorney fees to either party.

DATED this 2nd day of July 2018

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk