UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN GUARD SERVICES, INC., a California corporation,<br><br>               Plaintiff,<br>   v.<br><br>TERMINAL SECURITY SOLUTIONS, INC., a California corporation, *et al.*,<br><br>              Defendants. | CASE NO. C18-0603-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an order permitting Defendants to file an amended answer to the complaint and counterclaim (Dkt. No. 30.) Having thoroughly considered the motion and relevant record, the Court hereby GRANTS the motion. Defendants shall file and serve their amended answer no later than 14 days after the day this minute order is issued. W.D. Wash. Local Civ. R. 15.

//

//

//

//

1       DATED this 10th day of December 2018.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk