UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN GUARD SERVICES, a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TERMINAL SECURITY SOLUTIONS, INC., *et al*.,<br><br>　　　　　　Defendants. | CASE NO. C18-0603-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Counterclaim Plaintiff Wayne Pack's motion for partial summary judgment (Dkt. No. 59) and Plaintiff American Guard Services' responsive request to continue the motion pursuant to Federal Rule of Civil Procedure 56(d) (Dkt. No. 58). Plaintiff American Guard Services has not had an opportunity to depose Counter Plaintiff Pack, with the parties discussing a time in late March following Counter Plaintiff Pack's amendment of his answer and assertion of a new counterclaim in December 2018. (*See* Dkt. Nos. 58 at 7–8, 59 at 5; *see also* Dkt. No. 32.)

Plaintiff American Guard Services' request to continue Counter Plaintiff Pack's motion for partial summary judgment is GRANTED. The Clerk is DIRECTED to re-note Counter

Plaintiff Pack's motion for partial summary judgment (Dkt. No. 48) to April 26, 2019. Plaintiff American Guard Services' brief in opposition to Counter Plaintiff Pack's motion for partial summary judgment shall be filed no later than April 19, 2019, and shall not exceed 24 pages. Counter Plaintiff Pack's reply shall be filed no later than April 26, 2019, and shall not exceed 15 pages.

DATED this 19th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk