THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN GUARD SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TERMINAL SECURITY SOLUTIONS, INC., a California corporation, *et al*.,<br><br>Defendants. | CASE NO. C18-0603-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint motion for dismissal of claim and court approval of FLSA settlement (Dkt. No. 74). Having thoroughly reviewed the motion and the relevant record, the Court FINDS that the terms of the parties' settlement agreement as to Defendant Wayne Pack's counterclaim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. are fair and reasonable. (*Id*. at 2–3); *see Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Therefore, the Court hereby ORDERS that:

1. The parties' joint motion (Dkt. No. 74) is GRANTED. All claims and counterclaims in this case are DISMISSED with prejudice and without an award of attorney fees or costs to either party.
2. The Court shall retain jurisdiction over this case for the limited purpose of enforcing the terms of the parties' settlement agreement.

1  3. Defendant Wayne Pack's pending motion for partial summary judgment (Dkt. No. 48)
2     and Plaintiff American Guard Service's pending motion to compel and request for
3     sanctions (Dkt. No. 63) are STRICKEN.
4  4. The Clerk is DIRECTED to close this case.
5     DATED this 30th day of April 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE